IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Davis, Delorise

Printed: 8/5/08

Case Number:  05 B 24964
Judge:  Wedoff, Eugene R

Filed:  6/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 31, 2008
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,600.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,011.31 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 194.69 |
| Other Funds: |  | 0.00 |
| Totals: | 3,600.00 | 3,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,394.00 | 2,394.00 |
| 2. | City of Chicago Heights | Unsecured | 31.00 | 46.72 |
| 3. | City of Chicago Heights | Unsecured | 525.00 | 791.02 |
| 4. | City of Chicago Heights | Unsecured | 31.00 | 46.72 |
| 5. | Asset Acceptance | Unsecured | 32.91 | 49.59 |
| 6. | RoundUp Funding LLC | Unsecured | 51.25 | 77.26 |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,065.16 | $ 3,405.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 3.09 |
| 5.5% | 26.19 |
| 5% | 7.90 |
| 4.8% | 15.12 |
| 5.4% | 113.63 |
| 6.5% | 28.76 |
|  | _____ |
|  | $ 194.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Delorise | Case Number: 05 B 24964 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/5/08 | Filed: 6/23/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

